UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-6-20

ANGEL CHEVRESTT,

        Plaintiff,

v.

ELLANA, INC. *doing business as* https://www.ellana.net/ and DOES 1 THROUGH 10 INCLUSIVE,

        Defendants.

No. 19-CV-10359 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

ORDERD that, by April 13, 2020, the parties shall file a joint letter on the status of this case, including, but not limited to, whether the case has settled through mediation, and, if not, whether the parties intend to participate in additional mediation sessions. To the extent the case has not settled through mediation, the parties shall provide the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, to the extent this case has not settled in mediation, the parties jointly submit to the Court a proposed case management plan and scheduling order by April 13, 2020. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which were updated on February 1, 2019, and are available at https://nysd.uscourts.gov/rules/ecf-related-instructions. Please consult my Individual Rules and Practices with respect to communications with Chambers and related matters.

IT IS FURTHER ORDERED that, to the extent this case has not settled in mediation, in the joint letter due by April 13, 2020, each party shall state its position on whether an initial telephone conference is necessary at this time in light of the Covid-19 crisis, or whether the Court should enter the case management plan and scheduling order without holding an initial telephone conference.

SO ORDERED.

Date: April 6, 2020
New York, NY

Ronnie Abrams
United States District Judge